

# EMBASSY OF THE UNITED STATES OF AMERICA
Kuwait City, Kuwait

## DOMESTIC EMPLOYEE CONTRACT

Date: 3 of July 08

1. Name of sponsor: WAYNE HAYES & Betty Baskerville
2. Nationality of sponsor: USA
3. Name of domestic employee: AURELIA FERNANDES
4. Nationality of domestic employee: INDIA
5. Date domestic employee arrived in Kuwait: 24 APRIL 1997
6. Date domestic employee began working for present employer: AUG 1 2007
7. Duties of the domestic servant while in the US: _____
8. Daily work hours, day(s) off each week, and salary per month while in the US:
   8 AM to 4 PM M-F    1 DAY OFF (SUNDAY)    $988.80/mo

The sponsor agrees to abide by all United States federal and state labor and tax laws. The sponsor may be responsible for the withholding and payment of Social Security taxes on behalf of the domestic employee, and may be required to file a US tax return. The sponsor is required to provide sick leave and vacation leave to the employee. The sponsor agrees not to withhold the passport of the employee.

The sponsor confirms that either (a) the domestic employee signing below has been in the employ of the sponsor for more than one year, or (b) the sponsor has employed other employees in the same position as that held by the employee below for a period of ____ years.

The sponsor agrees to provide the domestic employee with transportation, food, and accommodation in addition to salary. The sponsor is also responsible for the employee's medical expenses while in the U.S.

The employee agrees to work only for the sponsor while in the United States and to depart the United States with the sponsor at the conclusion of the trip.

_____        _____
Signature of Sponsor              Signature of Employee
Betty B_____

PLAINTIFF'S EXHIBIT 3