

April 2, 2012

To Whom It May Concern,

This letter is to verify that Aurelia Fernandes has obtained counseling from SafePlace, Domestic Violence and Sexual Assault Shelter. SafePlace Shelter offers individual counseling, support groups, psycho-educational information, emergency housing, hotline, advocacy, and referrals. Ms. Aurelia Fernandes was brought into shelter on November 20, 2010, her initial shelter counseling session occurred on November 24, 2010. Sessions were conducted in English which was Ms. Fernandes' second language. Ms. Aurelia Fernandes continues to meet for counseling at the shelter.

My job title is family shelter counselor. I am a licensed practicing counselor at SafePlace. I have my Masters of Arts in Counseling and have been working with SafePlace since August of 2005. SafePlace specializes in physical and sexual trauma; however individuals display a wide range of issues: Depression, PTSD, Anxiety, Bipolar Disorder, relationship issues, grief counseling, sobriety, childhood sexual abuse and other experiences.

Ms. Aurelia Fernandes is a 42 year old Caucasian female from India. She presents in counseling to complete her intake which is an optional process at SafePlace. As part of this process Ms. Fernandes shared her history and her feelings she has experienced during her interaction and living situation with her employers. She stated she was frustrated, angry, felt betrayed, and does not feel like the same person she was back in Kuwait when she met the employers that brought her from Kuwait to the United States to live with them and work for them. Aurelia described a stronger person who was more self-possessed and she stated she was surprised that she had lost so much after her experience living with her employers. Our sessions included validation of her feelings, educations regarding domestic violence, and the cycle of violence; discussions around self-esteem and continued support. Ms. Fernandes repeatedly reported feeling disregarded due to her lack of understanding the United States system through her employers.

Ms. Fernandes reported having symptoms of PTSD such as difficulty sleeping, anger, frustration and irritability. Aurelia also reported trouble sleeping while she was at shelter.





These symptoms started while she was with her employer and has continued after she left her employers home and is now residing in shelter. She stated during our sessions that her level of frustrations comes from the fact that she has lost control over her life due to the circumstances that come from actions taken by her employers who brought her from Kuwait.

The opinions expressed in this letter are based on notes taken from interviews conducted between 11/24/10 and 2/1/11. I hereby certify that the foregoing statements are a true and correct representation of my professional opinion to the best of my knowledge and belief.

Thank you for your consideration,

*April Alaspa, LPC*

April Alaspa, L.P.C.; M.A.C.

Family Shelter Counselor

SafePlace

(512) 356-1587