Date: October 10, 2013

Civil Action No. W-11-CA-137

**FILED**

OCT 1 5 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

In compliance with the court order, I Wayne B. Hayes and Betty S. Hayes, was asked to notice the court when we sent attorney Sarah E. Donaldson the requested information in the case # Civil Action No. W-11-CA-137.  We sent attorney Donaldson the requested information by certified mail. Tracking # 7010 1670 0002 0274 9307 on this date October 10, 2013.

Thank You,

Wayne B. Hayes

Betty S. Hayes



USPS
OCT 10 2013
KILLEEN, TX 765

U.S. POSTAGE
PAID
KILLEEN, TX
76541
OCT 10, 13
AMOUNT
$3.10
00034622-29

7012 2210 0000 0692 8028

CERTIFIED MAIL

Clerk
US District Court, Waco
800 Franklin Ave,
Suite 380
Waco, TX 76701

76701193480

Wayne & Betty Hays
4605 Village Oak Dr.
Waco, TX 76710